# EXHIBIT A

(12) **United States Design Patent**  (10) Patent No.: **US D502,972 S**
DeLisle et al.  (45) Date of Patent: ** Mar. 15, 2005

(54) **GOLF TEE**

(75) Inventors: **Stephen P. DeLisle**, Carolina Shores, NC (US); **Benjamin J. Maloy**, Carolina Shores, NC (US)

(73) Assignee: **Evolve Golf**, Carolina Shores, NC (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/196,659**

(22) Filed: **Jan. 2, 2004**

(51) LOC (7) Cl. .................................................. 21-02
(52) U.S. Cl. .................................................. D21/718
(58) Field of Search .............................. D21/715–720, D21/789, 793, 794, 796; 473/387–407

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 638,920 A | 12/1899 | Grant | |
| 702,078 A | 6/1902 | Stockder, Jr. | |
| 1,522,544 A | 1/1925 | Pryde | |
| D67,255 S | * 5/1925 | Alvord | D21/718 |
| 1,638,527 A | * 8/1927 | Clausing | 473/402 |
| 1,645,001 A | * 10/1927 | Hodges | 71/23 |
| 1,670,627 A | 5/1928 | Lowell | |
| 1,681,391 A | * 8/1928 | Bratt | 473/400 |
| 2,011,203 A | 8/1935 | Seiki | |
| 2,455,705 A | * 12/1948 | Seager | 473/402 |
| D161,602 S | * 1/1951 | Ward | D21/718 |
| 3,203,700 A | * 8/1965 | Antonious | 473/257 |
| 3,954,263 A | * 5/1976 | Whelan et al. | 473/399 |
| 4,103,888 A | 8/1978 | Ricketts | |
| 4,783,077 A | 11/1988 | Lemon | |
| 5,085,438 A | 2/1992 | Takeno | |
| 5,154,417 A | 10/1992 | Kohli | |
| 5,431,392 A | 7/1995 | Carson et al. | |
| 5,571,054 A | 11/1996 | Chantal | |
| 5,683,313 A | 11/1997 | Disco et al. | |
| 5,690,563 A | 11/1997 | Gammon | |
| D393,301 S | * 4/1998 | Koskela | D21/718 |
| 5,759,118 A | 6/1998 | Sroczynski | |
| 5,844,066 A | 12/1998 | Kakizawa | |
| 5,914,381 A | 6/1999 | Terado et al. | |
| 6,010,413 A | 1/2000 | Pan-Chung | |
| 6,053,822 A | 4/2000 | Kolodney et al. | |
| 6,062,990 A | 5/2000 | Pierce | |
| 6,110,059 A | 8/2000 | Haggarty | |
| 6,139,449 A | 10/2000 | Cardarelli | |
| 6,231,970 B1 | 5/2001 | Andersen et al. | |
| 6,280,350 B1 | 8/2001 | Chung | |
| 6,319,156 B1 | 11/2001 | Alexsen | |
| 6,344,003 B1 | 2/2002 | Choung | |
| 6,454,669 B1 | 9/2002 | James | |
| D485,318 S | * 1/2004 | Bonfanti | D21/718 |

* cited by examiner

*Primary Examiner*—Catherine Tuttle
(74) *Attorney, Agent, or Firm*—Myers Bigel Sibley & Sajovec

(57) **CLAIM**

The ornamental design for a golf tee, as shown and described.

**DESCRIPTION**

FIG. **1** is a bottom perspective view illustrating our golf tee design;
FIG. **2** is front view showing the design on a slightly reduced scale with respect to FIG. **1**;
FIG. **3** is a side view thereof;
FIG. **4** is a top view showing the design on an enlarged scale with respect to the preceding figures;
FIG. **5** is a bottom view thereof;
FIG. **6** is a partial side section view thereof taken through lines **6**—**6** of FIG. **4**; and,
FIG. **7** is a partial top perspective view showing the design on a further enlarged scale.
The tee is shown partially broken away in FIGS. **6** and **7** for ease of illustration.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



**FIG. 4**



FIG. 5



FIG. 6



FIG. 7

# EXHIBIT B

Int. Cl.: **28**

Prior U.S. Cls.: **22, 23, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. **3,280,419**
Registered Aug. 14, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# EVOLVEGOLF

EVOLVE GOLF, INC. (DELAWARE CORPORATION)
15 COURT 5 NORTHWEST DRIVE
CAROLINA SHORES, NC 28467

FOR: GOLF EQUIPMENT AND ACCESORIES, NAMELY, GOLF TEES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-6-2003; IN COMMERCE 2-6-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-380,319, FILED 3-8-2004.

MARGARET POWER, EXAMINING ATTORNEY